IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE N. MATHIS,

    Plaintiff,

vs.                         Case No.:1:07-CV-252-SPM/AK

JENNIFER ESPENSHIP,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 8). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's Report and Recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.     This case is hereby transferred to the United States District Court for the Middle District of Florida.

3.     The Clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>eighteenth</u> day of March, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge